JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. SACV 10-1412WDK (FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **TOMAS ESPINOZA QUIROZ, ET AL.,** | |
| Defendants. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Diane Kim Thuy Nguyen, an individual d/b/a Las Antorchas a/k/a California Mexican Food, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Diane Kim Thuy Nguyen, an individual d/b/a Las Antorchas a/k/a California Mexican Food, as follows:

(a) defendant Diane Kim Thuy Nguyen, an individual d/b/a Las Antorchas a/k/a California Mexican Food, shall pay the plaintiff, J & J Sports

Productions, Inc., $2,200.00 in total damages plus attorneys' fees in the amount of $420.00 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: July 29, 2011

_____

William Keller
United States District Judge